IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**LINDSEY GREEN**                                                              **PLAINTIFF**

VS.                                     NO. 06-2045

**GENERAL MOTORS CORPORATION**                                                 **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard, Plaintiff's Motion to Dismiss her cause of action against Defendant with prejudice. The Court, having considered the agreement of both sides finds, and is of the opinion that such motion should be granted; and

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED that the above cause of action be, and the same is hereby, DISMISSED, in its entirety, with prejudice, court costs to be paid by the party incurring the same.

SIGNED this 20th day of March, 2007.

_____
JUDGE PRESIDING

AGREED:

Daniel Gilbreath
Jack Skinner
Attorneys for Plaintiff
Lindsey Green

Y. Karl Viehman
Cary A. Slobin
Holly J. Draper
R. Scott Zuerker
Attorneys for Defendant
General Motors Corporation

ORDER                                                                           PAGE 1